UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL E. JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>C. WOODS, et al.,<br><br>  Defendants. | No. 1:18-cv-00735-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATIONS, DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. Nos. 1, 10) |

Plaintiff Darnell E. Johnson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's case be dismissed due to his failure to state a claim, failure to prosecute, and failure to comply with a court order. (Doc. No. 10.) The findings and recommendations were served by mail upon plaintiff at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) The mail directed to plaintiff was returned to the court as undeliverable on November 7, 2019. Over five months have now passed since the magistrate judge first issued the October 30, 2019

1 findings and recommendations.  During that time plaintiff has neither filed objections to the
2 findings and recommendations nor apprised the court of his current address.  *See* Local Rule 183
3 (noting each party's responsibility to keep the court and opposing parties advised as to his or her
4 current address).
5      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
6 court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the
7 court finds the findings and recommendations to be supported by the record and by proper
8 analysis.
9      Accordingly,
10     1.    The October 30, 2019 findings and recommendations (Doc. No. 10) are adopted;
11     2.    This action is dismissed without prejudice due to plaintiff's failure to prosecute,
12       and failure to comply with court orders; and
13     3.    The Clerk of Court is directed to close this case.
14
15 IT IS SO ORDERED.
16   Dated: **May 12, 2020**          *Dale A. Drozd*
                              UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

2